UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
EASTERN



JessICA Szabo + o/b/o J.P.S.R.
_____
Write the full name of each plaintiff.

**CV 16** No. **3683**

(To be filled out by Clerk's Office)

-against-

City of New York, State of New York, The New York City Department of Corrections, Janele Hyer-Spencer, Jane Does 1-11, John Does 1-4.
_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

**CHEN, J.**

**BLOOM, M.J.**

Do you want a jury trial?
☑ Yes    ☐ No



RECEIVED
JUN 28 2016
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Americans Act with Disabilities

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Jessica   C.   Szabo
First Name / Middle Initial / Last Name

AKA Jessica Graham (previously known as Jessica Toussaint)
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

NYSID # 08802978R   BKC # 5411600832
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers Island Rose M. Singer Center
Current Place of Detention

19-19 Hazen Street
Institutional Address

East Elmhurst, Queens   N.Y.   11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: Detainee

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name / Last Name / Shield #: City of New York / N/A
- Current Job Title (or other identifying information): N/A
- Current Work Address: 100 Church Street
- County, City / State / Zip Code: N.Y., N.Y. 10007

**Defendant 2:**
- First Name / Last Name / Shield #: State of New York / N/A
- Current Job Title (or other identifying information): N/A
- Current Work Address: 120 Broadway 24th Fl.
- County, City / State / Zip Code: N.Y., N.Y. 10271

**Defendant 3:**
- First Name / Last Name / Shield #: The New York City Department of Corrections / N/A
- Current Job Title (or other identifying information): N/A
- Current Work Address: 19-19 Hazen Street
- County, City / State / Zip Code: East Elmhurst, Queens N.Y. 11370

**Defendant 4:**
- First Name / Last Name / Shield #: Janele Hyer-Spencer / N/A
- Current Job Title (or other identifying information): Support Magistrate
- Current Work Address: 25 Hyatt Street 4th Fl.
- County, City / State / Zip Code: S.I., N.Y. 10301

Page 3

Additional Defendant Information:

Defendant 5: Jane Doe 1 employed as an "Sergt" located at 25 Hyatt Street 4th Fl. S.I., N.Y. 10301,

Defendant 6-7: Jane DOES 2-3 employed as an "Officer" located at 25 Hyatt Street 4th Fl. S.I., N.Y. 10301,

Defendant 8: John DOE 1 employed as an "Sgt" located at 78 Richmond Terrace S.I., N.Y. 10301,

Defendant 9-10: John DOES 2-3 employed as an "Officer" located at 78 Richmond Terrace S.I., N.Y. 10301,

Defendant 11: John DOE 4 employed as an "Officer" located at 78 Richmond Terrace S.I., N.Y. 10301,

Defendant 12-19: Jane DOES 4-11 employed as an "Officer" located at 78 Richmond Terrace S.I., N.Y. 10301.

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 25 Hyatt St. S.I., N.Y. 10301 4th Fl. + 78 Richmond Terrace S.I., N.Y. 10301

Date(s) of occurrence: April 15th, 16th + 17th 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The Plaintiff was assaulted by Jane Doe 2 on 4/15/16 at 25 Hyatt St. 4th Fl. S.I., N.Y. 10301 because she intentionally tried to grab the Plaintiff's phone while the Plaintiff was on the phone with "911" after the Plaintiff detained Support Magistrate Janele Hyer-Spencer in Part 21. Jane Doe 2 scratched the Plaintiff accrossed the face. It is alleged that Jane Doe 1, John Doe 1 and Jane Doe 8 are affiliated with the Mafia. Jane Doe 1 and Jane Doe 3 illegally detained and handcuffed the Plaintiff. Jane Doe 2 kicked the Plaintiff while she was detained on the floor. The Plaintiff's Autistic missing son is being used as a Drug Trafficker with Charles Rawley and Nancy Herrera. Charles Rawley and Support Magistrate Janele Hyer-Spencer and Richmond County Family Court Legal System personals took it upon themselves to change the Plaintiff's legal name from Jesstea Szabo to Jesstea Graham with the legal right to do so and or consent from the Plaintiff. Defendant Janele Hyer-Spencer proceeded illegally with the Plaintiff's Petition without Charles Rawley present in Court. Defendants Jane Does 4-5 illegally kept the Plaintiff detained and falsely arrested the Plaintiff and transported her to

Page 4

the 120th PCT. On 4/16/16 John DOES 2-3 refused to transport the plaintiff to Criminal Court located in Richmond County to appear before a Judge. Jane DOE 6 aggressively pushed the Plaintiff into the cell block and the Plaintiff's head was banged into the cell block. The night of 4/16/16 John DOE 8 and Jane DOE 7 escorted the Plaintiff to the Arrest process room to be finger printed and have her photo taken. John DOE 8 and Jane DOE 7 + 8 escorted the Plaintiff back to the cell block where Jane DOE 8 aggressively pulled the Plaintiff down two flights of stairs and up two flights of stairs while handcuffed

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

causing physical injuries. The Plaintiff fell straight down on both knees and lacerated her left foot. John DOE 1 refused to intervene. The Plaintiff was then physically pushed by Jane DOE 8 into the cell block while handcuffed and left handcuffed in the cell causing further injuries and pain + discomfort to her hands and wrists. Defendants Jane DOES 9-11 kept the Plaintiff handcuffed and transported the Plaintiff to Richmond County Criminal Court on 4/17/16.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

1) Waive all fees. 2) Assign Counsel 3) BAR the Defendants from TERRORIZING the Plaintiff. 4) BAR the Defendants from tampering with the Plaintiff's identity and Court Records + orders, 5) BAR the Defendants from harassing and stalking the Plaintiff 6) BAR the Defendants from TERRORIZING the Plaintiff J.P.S.R., 7) BAR the Defendants from depriving the Plaintiffs from their rights, 8) BAR the Defendants from assaulting the Plaintiff Jessica Szabo, 9) BAR the Defendants from delaying the Plaintiffs arrest process + 10) ORDER the Defendants to pay the Plaintiffs $20,000,000.00 each from each defendant. 11) BAR the Defendants from being affiliated with the Mafia, 12) ORDER the Defendants to go under a full annual Psychosical evaluations and seek treatment. 13) ORDER ALL Law Enforcements across the USA to Mandatory wear cameras as part of their uniforms on a daily basis and any further as this court seems proper and justified.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

5/28/16
Dated

Jessica Szabo
Plaintiff's Signature

Jessica     C     Szabo
First Name   Middle Initial   Last Name

19-19 Hazen Street
Prison Address

East Elmhurst, Queens  N.Y.  11370
County, City            State   Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6/28/16