UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JESSICA SZABO,

                      Plaintiff,                     **NOTICE OF MOTION**

-against-

                                                     16 cv 3683 (PKC)(LB)

CITY OF NEW YORK, STATE OF NEW YORK,
THE NEW YORK CITY DEPARTMENT
OF CORRECTIONS, JANELE HYER-SPENCER,
JANE DOES 1-11, JOHN DOES 1-4,

                      Defendants.
----------------------------------------------------------------X

LADIES AND GENTLEMEN:

| | |
|---|---|
| MOTION BY: | Defendant Stephanie Parascandolo |
| RETURNABLE AT: | Hon. Pamela K. Chen |
| | United States District Court Judge |
| | Eastern District of New York |
| | United States Courthouse |
| | 225 Cadman Plaza East, Brooklyn, New York 11201 |
| RETURNABLE ON: | At any date and/or time assigned by the Court |
| SUPPORTING PAPERS: | Declaration and Memorandum of Law of Jonathan B. Behrins |
| RELIEF DEMANDED: | In accordance with the annexed schedule |

Dated: Staten Island, New York
July 20, 2018

Yours, etc.

*[signature]*

THE BEHRINS LAW FIRM PLLC
Attorneys for Defendants
Office & P.O. Address
1491 Richmond Road
Staten Island, New York 10304
(718) 447-5541

To: Jessica Szabo
Plaintiff *Pro Se*
52 Orange Avenue
Staten Island, New York 10302
(347) 861-4173

## SCHEDULE OF RELIEF DEMANDED

1. Pursuing to FRCP 56, granting summary judgment in favor of Defendant Parascandolo;

2. Dismissing Plaintiff's complaint against Defendant Parascandolo; and

3. Granting such other and further relief as this Court may deem just and proper.