CIVIL CAUSE FOR Telephone Status Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 12/16/2022
TIME IN COURT: 5 MINS

DOCKET NUMBER: CV 16-3683
TITLE: Szabo v. City of New York, et al

ESR OPERATOR: Recorded on AT&T Teleconference Bridge
FTR LOG:

APPEARANCES:

| | |
|---|---|
| Plaintiff: | no appearance |
| City Defendants: | Andrea Osgood |
| Officer Parascandolo: | Jonathan Behrins |

SUMMARY: Case called. Discussion held. An officer of the Hudson County Correctional Facility, where Plaintiff is currently incarcerated, informed the Court that Plaintiff refused to participate in the status conference. By the Court's order dated October 20, 2022 [189], the Court construed Plaintiff's letter dated October 7, 2022 [185], as a motion for reconsideration, and instructed Plaintiff to file a formal motion for reconsideration – if she wished to do so – by no later than December 2, 2022. Plaintiff refused delivery of that order and has not filed a formal motion for reconsideration. Accordingly, as discussed on the record, Plaintiff's request for reconsideration – to the extent that Plaintiff was actually making such a request – is denied. This case will remain closed.